1 | **POOLE & SHAFFERY, LLP**
David S. Poole (SBN 94690)
   dpoole@pooleshaffery.com
Samuel R.W. Price (SBN 255611)
   sprice@pooleshaffery.com
400 South Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 439-5390
Facsimile: (213) 439-0183

Attorneys for Plaintiff
PHILIPS ELECTRONICS NORTH
AMERICA CORPORATION, a Delaware corporation

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>TRIKARDIA, LLC, a Delaware limited liability company; ROBERT ANTINORO, an individual; and SIDDHARTH BHAVSAR, an individual,<br><br>        Defendants. | Case No.:<br><br>**PLAINTIFF PHILIPS ELECTRONICS OF NORTH AMERICA CORPORATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>[*28 U.S.C. §§ 1332, 1391*] |

    Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, a Delaware corporation, ("Philips") submits its Corporate Disclosure Statement, as follows:

    1. Philips has no parent corporation;

---
1
**PLAINTIFF PHILIPS ELECTRONICS NORTH AMERICA CORPORATIONS'
CORPORATE DISCLOSURE STATEMENT**

2. No publicly held corporation owns ten percent (10%) or more of Philips' stock.

DATED: May 22, 2015

POOLE & SHAFFERY, LLP

By: /S/ David S. Poole
David S. Poole
Samuel R.W. Price
Attorneys for Plaintiff
PHILIPS ELECTRONICS NORTH AMERICA CORPORATION